# BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW

603 WARBURTON AVENUE

HASTINGS-ON-HUDSON, NEW YORK 10706

TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293

TELECOPY NO. (914) 478-4142

EMAIL bms.law@verizon.net

MATTHEW O. McGUIRE*
JAMES M. STEINBERG*

ROBERT E. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

October 4, 2007

Via Facsimile Only

Mr. Steve Bianchi
Jubco Site Development, LLC
462 Lakeview Avenue
Valhalla, New York 10595

      Re:    The Annuity, Pension, Welfare and Apprenticeship Skill Improvement
              & Safety Funds of I.U.O.E. Local 137 v. Jubco Site Development, LLC
              Civil Case No. 07-CIV-6835 (CLB)

Dear Mr. Bianchi:

      Our office represents the International Union of Operating Engineers, Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship, Skill Improvement & Safety Funds in connection with the above-captioned matter which was originally scheduled for an initial conference this Friday, October 4, 2007. Please be advised that pursuant to our request, Judge Brieant has rescheduled this initial conference for November 9, 2007 at 9:00 a.m.

      Thank you for your attention to this matter.

                                                    Very truly yours,

                                                    James M. Steinberg

Cc: The Honorable Charles L. Brieant