# BRADY McGUIRE & STEINBERG, P.C.
ATTORNEYS·AT·LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net
Direct EMAIL james.steinberg4@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

ROBERT D. BRADY

*ADMITTED IN NEW YORK AND NEW JERSEY

October 1, 2007

*Adjourned to 11/9/07*
*So Ordered*
*Oct 4, 2007*
*Charles L. Brieant*
*USDJ*

Via Facsimile & Regular Mail

The Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: The Annuity, Pension, Welfare and Apprenticeship Skill Improvement
& Safety Funds of I.U.O.E. Local 137 v. Jubco Site Development, LLC
Civil Case No. 07-CIV-6835 (CLB)

Dear Judge Brieant:

Our office represents Plaintiffs The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R, AFL-CIO in connection with the above-captioned matter which is currently scheduled for an initial conference on Friday, October 5, 2007 at 9:00 a.m. In that we have yet been able to locate the Defendant to effectuate service, we respectfully request that this initial conference be adjourned for a period thirty (30) days to afford us time to perfect service through the Secretary of State and to notify the served Defendant of the date and time of the conference.

Thank you for your attention to this matter and please contact the undersigned with any questions.

Respectfully submitted,

James M. Steinberg (JS-3515)

Cc: Mr. Raymond H. Burgess, Jr.