UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,            **NOTICE OF**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI      **MOTION FOR**
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE, **DEFAULT JUDGMENT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY         07-CIV-6835 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                                   Plaintiffs,

      -against-

JUBCO SITE DEVELOPMENT, LLC,

                                                   Defendant.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 25th day of October, 2007, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, before the Honorable Charles L. Brieant, at a date and time scheduled by the Court, for a judgment of default against Defendant JUBCO SITE DEVELOPMENT, LLC pursuant to Rule 55(a) of the Federal Rules of

Civil Procedure in the amount of $7,505.56, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
       October 25, 2007

                              Respectfully submitted,

                              BRADY McGUIRE & STEINBERG, P.C.

                              By: _____
                                  James M. Steinberg (JS-3515)
                                  Attorneys for Plaintiffs
                                  603 Warburton Avenue
                                  Hastings-on-Hudson, New York 10706
                                  (914) 478-4293

TO:    JUBCO SITE DEVELOPMENT, LLC
         462 Lakeview Avenue
         Valhalla, New York 10595