UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,   **DEFAULT JUDGMENT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY           07-CIV-6835 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                                Plaintiffs,

     -against-

JUBCO SITE DEVELOPMENT, LLC,

                                                Defendant.
------------------------------------------------------------------------X

       This action having been commenced on July 30, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant JUBCO SITE DEVELOPMENT, LLC on September 27, 2007, by a Process Server, personal service upon Carol Vogt, an Authorized Agent in the Office of the New York State Secretary of State, and a proof of service having been filed on October 5, 2007 via the ECF System, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is,

       **ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against the Defendant in the principal amount of $4,114.56, liquidated damages in the amount of $823.00, with interest at 10% as prescribed by the applicable Collective Bargaining Agreement from August 1, 2005 through October 25, 2007, in the amount of $918.00, together with the cost

MICROFILM
OCT 30 2007
USDC SD NY WP

and disbursements of this action in the amount of $500.00 and attorneys' fees in the amount of $1,150.00, for a total liquidated amount of $7,505.56, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant JUBCO SITE DEVELOPMENT, LLC and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: White Plains, New York
October 30, 2007

SO ORDERED:

_____
The Honorable Charles L. Brieant
United States District Judge