| | | |
|---|---|---|
| GERALD N. JACOBOWITZ<br>DAVID B. GUBITS<br>JOHN H. THOMAS JR.<br>GERALD A. LENNON<br>PETER R. ERIKSEN<br>HOWARD PROTTER<br>DONALD G. NICHOL<br>LARRY WOLINSKY<br>ROBERT E. DINARDO<br>J. BENJAMIN GAILEY<br>MARK A. KROHN*<br>JOHN C. CAPPELLO<br>GEORGE W. LITHCO<br>MICHAEL L. CAREY<br>* L.L.M. IN TAXATION | **JACOBOWITZ AND GUBITS, LLP**<br>COUNSELORS AT LAW<br><br>158 ORANGE AVENUE<br>POST OFFICE BOX 367<br>WALDEN, NEW YORK 12586-0367<br><br>(845) 778-2121   (845) 778-5173 FAX<br>E-mail: info@jacobowitz.com | G. BRIAN MORGAN<br>KIRK VAN TASSELL<br>SANFORD R. ALTMAN<br>MARK T. STARKMAN<br>AMANDA B. BRADY<br>MICHELE L. BABCOCK<br>GARY M. SCHUSTER<br>WILLIAM E. DUQUETTE<br>JOSEPH J. RANNI<br>AUDREY L. F. SCOTT<br>CARMEE G. MURPHY<br><br>PAULA ELAINE KAY*<br>IRA J. COHEN*<br>*Of Counsel |

October 29, 2007

[MEMO ENDORSED — handwritten: *Application Granted. Oral argument will be heard Jan. 4, 2008 at 10:00 AM. So Ordered. Oct. 31, 2007. Charles L. Brieant*]

**By Fax (914) 390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 434
White Plains, New York 10601

Re:  Rajcoomar v. Wal-Mart
     Docket No. 06cv6835 (CLB) (MDF)

Dear Judge Brieant:

I am the attorney in the above firm assigned to represent the Plaintiff in the above matter.

I write to request that Plaintiff's time to serve its opposition to the Defendant's motion for summary judgment be extended from October 31, 2007 until November 16, 2007. This is Plaintiff's first request for an extension of time. Defendant's counsel has consented to this request subject to the Court's approval of the schedule set out below.

The extension is requested because, as a result of the Plaintiff working 2 jobs and counsel's heavy litigation schedule, it has been difficult to coordinate Plaintiff's opposition to the motion. Consequently, Plaintiff respectfully requests that its time to serve its opposition to Defendant's motion for summary judgment be extended from October 31, 2007 until November 16, 2007, that Defendant's time to serve its reply to Plaintiff's opposition be extended to and including December 14, 2007 and that the return date and oral argument on the motion be adjourned to ~~December 20th, 2007 at 10:00 a.m.~~ [handwritten: Jan. 4, 2008 10:00 AM]

Please contact me if there is any additional information or documentation the Court would deem helpful. Thank you for your time, attention and consideration of this matter.

Sincerely,

Joseph J. Ranni, Attorney for Plaintif

JJR/dmg
Enc.
cc:   Eric Witkin, Esq. (by fax (212) 895-2900)

T:\DOCS\7393\001\1700319.WPD

JACOBOWITZ AND GUBITS, LLP