UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

**SATISFACTION
OF JUDGMENT**

07-CIV-6835 (CLB)



                         Plaintiffs,

    -against-

JUBCO SITE DEVELOPMENT, LLC,

                         Defendant.
-------------------------------------------------------------------------X

     **WHEREAS**, a judgment was entered in the above action on October 30, 2007, in favor of the Plaintiffs THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO and against Defendant JUBCO SITE DEVELOPMENT, LLC, in the amount of $7,505.56, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

[Handwritten margin notes: 11/28/07 Judgment marked satisfied and entered into money judgment book. T Nichol McMahon - Clerk of Court, by DLC, Deputy Clerk]

**NOW, THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Hastings-on-Hudson, New York
       November 26, 2007

BRADY McGUIRE & STEINBERG, P.C.

By: *[signature]*
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   JUBCO SITE DEVELOPMENT, LLC
      462 Lakeview Avenue
      Valhalla, New York 10595